Argued October 28, affirmed October 28, 1971

STATE OF OREGON, *Respondent, v.*
CURTIS LEE HARRIS (No. C-60586), *Appellant.*

489 P2d 984

*Howard R. Lonergan,* Portland, argued the cause and filed the brief for appellant.

*Joseph F. Ceniceros,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

AFFIRMED FROM THE BENCH.